PROB 12C
(6/16)

Report Date: June 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Omero Rafael Zaragoza | Case Number: 0980 1:22CR02089-SAB-1 |
| Address of Offender: ███████████, Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 2, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 19 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 26, 2023 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: December 25, 2026 |

### PETITIONING THE COURT

To issue a summons.

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence:** Mr. Zaragoza is alleged to have violated his conditions of supervised release by being terminated from outpatient substance abuse treatment at Merit Resource Services (Merit) on May 28, 2024.<br><br>On May 29, 2024, this officer received a status report from Merit stating that Mr. Zaragoza was terminated from outpatient substance abuse treatment. Later that day, Mr. Zaragoza reported to the probation office as directed. This officer asked Mr. Zaragoza about being terminated from substance abuse treatment, and he admitted to stopping because he was using drugs. |

Prob12C
**Re: Zaragoza, Omero Rafael**
**June 6, 2024**
Page 2

Mr. Zaragoza signed a drug admission form admitting to consuming tetrahydrocannabinol (THC) and methamphetamine (meth) on May 27, 2024. When asked why he started using THC and meth, Mr. Zaragoza said he knew he was going to jail for a probation violation with the Department of Correction (DOC) and made a bad decision.

On June 3, 2024, Mr. Zaragoza reported to the probation office and provided a UA, which was positive for THC and meth. The UA was packaged in front of Mr. Zaragoza and sent to the lab for baseline levels. Mr. Zaragoza admitted he last consumed THC and meth on May 29, 2024. This officer asked Mr. Zaragoza why he was not honest about when he consumed the drugs. He said he thought he would be kept in intake at the Yakima County Jail when he surrendered to DOC to serve his 3-day confinement sanction for failing to report and consuming meth.

2   **Special Condition # 3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before May 29, 2024.

Please refer to the narrative found in Violation #1.

3   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming THC, on or before May 29, 2024.

Please refer to the narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 6, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Zaragoza, Omero Rafael**
**June 6, 2024**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

_6/13/2024_
Date