PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 26, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2024

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Omero Rafael Zaragoza | | Case Number: 0980 1:22CR02089-SAB-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬, Yakima, Washington 98902 | | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: May 2, 2023 | | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 19 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 26, 2023 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: December 25, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 6, 2024.

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Zaragoza is alleged to have violated his conditions of supervised release by being charged with driving with license suspended/revoked on June 20, 2024.<br><br>According to Yakima Police Department (YPD) narrative report number 24Y019116, on June 20, 2024, a YPD officer observed a black sport utility vehicle (SUV) with Washington license plate of "BXL1892" traveling northbound on North 2nd Street. The YPD officer observed a Hispanic male in his early 40's with a goatee as the sole occupant.<br><br>Spillman records showed the vehicle had a history with Omero Zaragoza. Upon checking Mr. Zaragoza's records, the officer learned that Mr. Zaragoza's drivers license was revoked first degree. The officer conducted a traffic stop. The officer approached the vehicle, identified Mr. Zaragoza, and informed him that he was revoked and should not be driving. |

Prob12C
Re: Zaragoza, Omero Rafael
June 26, 2024
Page 2

The YPD officer asked Mr. Zaragoza if there was someone he could call to pick him up, and Mr. Zaragoza answered he did. The YPD officer informed Mr. Zaragoza that he would be charged with first degree driving with license suspended and provided him with a citation.

On June 25, 2024, this officer contacted Mr. Zaragoza by telephone and inquired as to why he did not report the June 20, 2021, law enforcement contact. Mr. Zaragoza replied that he was scared to do so, but assured this officer he would in the future.

5        **Standard Condition # 9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence:** Mr. Zaragoza is alleged to have violated his conditions of supervised release by failing to report law enforcement contact to the probation officer on June 20, 2024.

Please refer to the narrative found in Violation #4.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 26, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/26/2024
Date