PROB 12C
(6/16)

Report Date: August 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Omero Rafael Zaragoza | Case Number: 0980 1:22CR02089-SAB-1 |
| Address of Offender: ███████████, Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 2, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | | |
| Original Sentence: | Prison - 19 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 26, 2023 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: | December 25, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 6, and June 26, 2024.

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before June 27, 2024.<br><br>On June 28, 2024, Mr. Zaragoza reported to the probation office. Prior to providing the urinalysis (UA), Mr. Zaragoza admitted consuming methamphetamine and marijuana metabolite (marijuana) on June 27, 2024. Mr. Zaragoza submitted a UA sample that tested presumptive positive for methamphetamine and marijuana. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. Mr. Zaragoza said he consumed methamphetamine and marijuana because he thought he was going to jail. |

Prob12C
Re: Zaragoza, Omero Rafael
August 6, 2024
Page 2

|   |   |   |
|---|---|---|
|   | On July 5, 2024, this officer received the results from Alere, showing the urine sample collected on June 28, 2024, was confirmed positive for the presence of methamphetamine and marijuana. |

7   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming marijuana on or before June 27, 2024.

Please refer to the narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 6, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/7/2024
Date