ECF No 121

PROB 12C
(6/16)

Report Date: April 20, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 20, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Omero Rafael Zaragoza          Case Number: 0980 1:22CR02089-SAB-1

Address of Offender: ██████████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 2, 2023

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(8)

Original Sentence:         Prison - 19 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Benjamin David Seal          Date Supervision Commenced: December 26, 2023

Defense Attorney:          Nick Mirr          Date Supervision Expires: December 25, 2026

---

## PETITIONING THE COURT

To issue a warrant.

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition  #2:** After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on April 17, 2026.

On April 8, 2026, Mr. Zaragoza reported to the probation office as directed. At the conclusion of the office visit, Mr. Zaragoza was directed to report back the following week for a drug test and to provide a status update. Mr. Zaragoza understood the reporting instructions and likes reporting weekly for extra support and accountability.

On April 16, 2026, this officer attempted to contact Mr. Zaragoza at his listed address.  No one was home when this officer arrived. This officer left a business card directing Mr. Zaragoza to report to the probation office on April 17, 2026, by 10 a.m. This officer also left a message on Mr. Zaragoza's phone with the same reporting instructions.

Prob12C
**Re: Zaragoza, Omero Rafael**
**April 20, 2026**
**Page 2**

Mr. Zaragoza failed to report as directed and did not contact probation to explain why he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | April 20, 2026 |
| --- | --- |
| | s/Phil Casey |
| | Phil Casey<br>Supervisory U.S. Probation Officer |

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/20/2026
_____
Date