PROB 12C
(6/16)

Report Date: June 12, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2026

SEAN F. McAVOY, CLERK
ECF No. 138

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Omero Rafael Zaragoza          Case Number: 0980 1:22CR02089-SAB-1

Address of Offender: ███████████ Yakima,  Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 2, 2023

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence:          Prison - 19 months          Type of Supervision: Supervised Release
                            TSR - 36 months

Asst. U.S. Attorney:          Benjamin David Seal          Date Supervision Commenced: December 26, 2023

Defense Attorney:          Nick Mirr          Date Supervision Expires: December 25, 2026

---

### PETITIONING THE COURT

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming marijuana on May 23, 2026.

On May 26, 2026, Mr. Zaragoza reported to the probation office as directed and provided a urinalysis (UA) which was presumptive positive for marijuana. Mr. Zaragoza said he made a bad decision last weekend by using marijuana by smoking two joints. The UA was sent to the lab for marijuana levels.

2          **Mandatory Condition #1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by committing another local crime, third degree malicious mischief (two counts), Yakima Municipal Court case number 6A0221092, on June 4, 2026.

Prob12C
**Re: Zaragoza, Omero Rafael**
**June 12, 2026**
**Page 2**

According to Yakima City Police report number 26Y018406, on June 4, 2026, an officer from the Yakima Police Department (YPD) was contacted by a reporting person (RP) who reported a domestic violence incident involving Omero Zaragoza. The RP explained that she had been arguing with Mr. Zaragoza while in her vehicle. As she began to pull over, Mr. Zaragoza opened the car door. He then grabbed the RP's cell phone and exited the vehicle. When the RP informed Mr. Zaragoza that she was going to call the police, he threw the cell phone at the car, which resulted in damage to both the phone and the vehicle. Mr. Zaragoza was located, arrested, and booked at the Yakima City Jail for third degree malicious mischief - domestic violence (two counts). Although the RP refused additional resources, she completed the domestic violence questionnaire.

Mr. Zaragoza denied the above incident when questioned by YPD.

Mr. Zaragoza bailed out on the above charges. The next court date is scheduled for June 24, 2026.

The U.S. Probation Office respectfully recommends the Court to issue a summons requiring Omero Rafael Zaragoza to appear to answer to these allegations.

| | |
|---|---|
| Executed on: | June 12, 2026 |
| | s/Kyle Mowatt |
| | Kyle Mowatt<br>Supervisory U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

6/12/2026

Date