PROB 12C
(6/16)

Report Date: June 24, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 25, 2026**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Omero Rafael Zaragoza          Case Number: 0980 1:22CR02089-SAB-1

Address of Offender: ██████████████ Yakima,  Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 2, 2023

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence:         Prison - 19 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Benjamin David Seal          Date Supervision Commenced: December 26, 2023

Defense Attorney:          Federal Defender          Date Supervision Expires: December 25, 2026

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 12, 2026.

On December 29, 2023, supervised release conditions were reviewed and signed by Mr. Zaragoza acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by consuming marijuana on June 11, 2026.

On June 15, 2026, Mr. Zaragoza reported to the probation office as directed and provided a urinalysis (UA), which was presumptive positive for marijuana. Mr. Zaragoza admitted he struggles with marijuana and is working on addressing the issue through treatment. The UA was sent to the lab to test for marijuana levels.

On June 23, 2026, the lab confirmed the UA was positive for marijuana.

Prob12C
**Re: Zaragoza, Omero Rafael**
**June 24, 2026**
**Page 2**

4    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Zaragoza  is alleged to have violated his conditions of supervised release by consuming marijuana on June 20, 2026.

On June 24, 2026, Mr. Zaragoza reported to the probation office as directed and provided a UA, which was presumptive positive for marijuana. Mr. Zaragoza admitted he consumed marijuana on June 20, 2026, because he was stressed out about court.  The UA was sent to the lab to test for marijuana levels.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 12, 2026.

|  |  |
|---|---|
| Executed on: | June 24, 2026 |
|  | s/Kyle Mowatt |
|  | Kyle Mowatt<br>Supervisory U.S. Probation Officer |

THE COURT ORDERS

- [ ]    No Action
- [ ]    The Issuance of a Warrant
- [ ]    The Issuance of a Summons
- [X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]    Defendant to appear before the Judge assigned to the case.
- [X]    Defendant to appear before the Magistrate Judge.
- [ ]    Other

Signature of Judicial Officer

6/25/2026
Date